Jayson D. HURST, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 61677.

Missouri Court of Appeals,
Western District.

Nov. 12, 2003.

Vanessa Caleb, Kansas City, MO, for appellant.

John M. Morris, Andrea M. Follett, Co–Counsel, Jefferson City, MO, for respondent.

Before SMART, P.J., ULRICH and HARDWICK, JJ.

### ORDER

PER CURIAM.

Jayson Hurst appeals the denial of his Rule 29.15 motion following an evidentiary hearing. Hurst seeks to vacate his convictions for second-degree assault and armed criminal action based on allegations that his appellate counsel was ineffective. We have reviewed the record and find no error in the motion court's denial of postconviction relief. Because a published opinion would have no precedential value, the parties have been provided with a Memorandum explaining the reasons for our decision.

The judgment of the motion court is affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Ronald Wade SCHUMAKER,
Appellant.

No. WD 61119.

Missouri Court of Appeals,
Western District.

Nov. 12, 2003.

Irene C. Karns, Columbia, MO, for Appellant.

John M. Morris, III, Jefferson City, MO, for Respondent.

Before: ELLIS, P.J., LOWENSTEIN and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM.

Appellant was convicted, after jury trial, of possession with intent to distribute a controlled substance, Section 195.211, RSMo (2000). His sole point on appeal is an abuse of discretion committed in the limitation of his cross-examination of a State's witness. Affirmed. Rule 30.25(b)